NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RATES TECHNOLOGY, INC.,
*Plaintiff,*

AND

JAMES B. HICKS,
*Plaintiff-Appellant,*

v.

MEDIATRIX TELECOM, INC. AND
MEDIA5 CORPORATION,
*Defendants-Appellees,*

AND

BURKE, WILLIAMS & SORENSEN, LLP,
*Defendant.*

---

2011-1384

---

Appeal from the United States District Court for the Eastern District of New York in case no. 05-CV-2755, Judge Joanna Seybert.

---

ON MOTION

---

ORDER

James B. Hicks moves for a 60-day extension of time, until September 12, 2011, to file his opening brief. The appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

JUL 19 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  James B. Hicks, Esq.
     Daniel C. Miller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK